# EXHIBIT A

Secretary of State Records for Plaintiff and
Entity / Individual Owners



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
HOTEL BELLEZA MIAMI LLC

## Filing Information

**Document Number**     L19000058810

**FEI/EIN Number**     84-1977377

**Date Filed**     02/28/2019

**Effective Date**     02/26/2019

**State**     FL

**Status**     ACTIVE

**Last Event**     LC AMENDMENT

**Event Date Filed**     03/18/2024

**Event Effective Date**     07/11/2023

## Principal Address

2115 WASHINGTON AVENUE
MIAMI BEACH, FL 33139

## Mailing Address

1500 E HILLSBORO BLVD
SUITE #108
DEERFIELD BEACH, FL 33441

## Registered Agent Name & Address

TONY DI PIAZZA
1500 E HILLSBORO BLVD
SUITE 108
DEERFIELD BEACH, FL 33441

## Authorized Person(s) Detail

**Name & Address**

Title MGR

TONY DI PIAZZA
1500 E HILLSBORO BLVD SUITE 108
DEERFIELD BEACH, FL 33441

Title MGR

FRANK DI PIAZZA
1500 E HILLSBORO BLVD SUITE 108
DEERFIELD BEACH, FL 33441

<u>Annual Reports</u>

| Report Year | Filed Date |
|---|---|
| 2023 | 07/11/2023 |
| 2024 | 02/02/2024 |
| 2025 | 01/30/2025 |

<u>Document Images</u>

| | |
|---|---|
| 01/30/2025 -- ANNUAL REPORT | View image in PDF format |
| 03/18/2024 -- LC Amendment | View image in PDF format |
| 02/02/2024 -- ANNUAL REPORT | View image in PDF format |
| 07/11/2023 -- REINSTATEMENT | View image in PDF format |
| 04/30/2021 -- ANNUAL REPORT | View image in PDF format |
| 06/30/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/28/2019 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

2

# Electronic Articles of Organization For
# Florida Limited Liability Company

**L19000058810**
**FILED 8:00 AM**
**February 28, 2019**
**Sec. Of State**
**vherring**

## Article I

The name of the Limited Liability Company is:

HOTEL BELLEZA MIAMI LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

2115 WASHINGTON AVENUE
MIAMI BEACH, FL.  33139

The mailing address of the Limited Liability Company is:

3050 BISCAYNE BOULEVARD
SUITE #403
MIAMI, FL.  33137

## Article III

The name and Florida street address of the registered agent is:

THE BERNSTEIN LAW FIRM
3050 BISCAYNE BOULEVARD
SUITE 403
MIAMI BEACH, FL.  33137

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:   MICHAEL BERNSTEIN

3

# Article IV

The name and address of person(s) authorized to manage LLC:

L19000058810
FILED 8:00 AM
February 28, 2019
Sec. Of State
vherring

Title:  MGR
2115 WASHINGTON AVENUE MB LLC
2115 WASHINGTON AVENUE
MIAMI, FL.  33139

Title:  MGR
YEDIDIAH  BUCHWALD
2115 WASHINGTON AVENUE
MIAMI BEACH, FL.  33139

# Article V

The effective date for this Limited Liability Company shall be:

02/26/2019

Signature of member or an authorized representative

Electronic Signature: MICHAEL BERNSTEIN

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

4



H9000058810



500425596535

---

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

03/18/24--01018 -037  **25.00

KH
3/26/24

FILED
2024 MAR 18 AM 8: 25
SECRETARY OF STATE
TALLAHASSEE, FL

# COVER LETTER

**TO:**     **Registration Section**
           **Division of Corporations**

                    HOTEL BELLEZA MIAMI LLC
**SUBJECT:** _____
                           Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

          TONY DI PIAZZA
          _____
                           Name of Person

          HOTEL BELLEZA MIAMI LLC
          _____
                           Firm/Company

          1500 E HILLSBORO BLVD. STE 108
          _____
                           Address

          DEERFIELD BEACH, FL 33441
          _____
                       City/State and Zip Code
          FOSDICKREALTYCORP@GMAIL.COM
          _____
             E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

FRANK DI PIAZZA                          718     821-3582
_____     at (_____) _____
        Name of Person                   Area Code    Daytime Telephone Number

Enclosed is a check for the following amount:

☑ $25.00 Filing Fee     ☐ $30.00 Filing Fee &     ☐ $55.00 Filing Fee &     ☐ $60.00 Filing Fee,
                           Certificate of Status       Certified Copy            Certificate of Status &
                                                      (additional copy is enclosed)   Certified Copy
                                                                                (additional copy is enclosed)

**Mailing Address:**                      **Street Address:**
Registration Section                      Registration Section
Division of Corporations                  Division of Corporations
P.O. Box 6327                             The Centre of Tallahassee
Tallahassee, FL 32314                     2415 N. Monroe Street, Suite 810
                                          Tallahassee, FL 32303

6

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

HOTEL BELLEZA MIAMI LLC
_____
*(Name of the Limited Liability Company as it now appears on our records.)*
*(A Florida Limited Liability Company)*

The Articles of Organization for this Limited Liability Company were filed on 02/28/2019 _____ and assigned

Florida document number L19000058810 _____.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

_____

_____
The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

Enter new principal offices address, if applicable:                    _____

*(Principal office address MUST BE A STREET ADDRESS)*       _____

_____

Enter new mailing address, if applicable:                             1500 E HILLSBORO BLVD, STE 108

*(Mailing address MAY BE A POST OFFICE BOX)*                 DEERFIELD BEACH, FL 33441

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

Name of New Registered Agent:       TONY DI PIAZZA

New Registered Office Address:       1500 E HILLSBORO BLVD, STE 108
                                     *Enter Florida street address*

                                     DEERFIELD BEACH _____, **Florida** 33441
                                     *City*                              *Zip Code*

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
**If Changing Registered Agent, Signature of New Registered Agent**

7

If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person  being added or removed from our records</u>: .

**MGR =   Manager**
**AMBR =  Authorized Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGR | 2115 WASHINGTON AVENUE N | 2115 WASHINGTON AVE<br><br>MIAMI, FL 33139 | ☐ Add<br><br>☒ Remove<br><br>☐ Change |
| MGR | YEDIDIAH BUCHWALD | 2115 WASHINGTON AVE<br><br>MIAMI BEACH, FL 33139 | ☐ Add<br><br>☒ Remove<br><br>☐ Change |
| MGR | TONY DI PIAZZA | 1500 E HILLSBORO BLVD, STE 108<br><br>DEERFIELD BEACH, FL 33441 | ☒ Add<br><br>☐ Remove<br><br>☐ Change |
| MGR | FRANK DI PIAZZA | 1500 E HILLSBORO BLVD, STE 108<br><br>DEERFIELD BEACH, FL 33441 | ☒ Add<br><br>☐ Remove<br><br>☐ Change |
|  |  |  | ☐ Add<br><br>☐ Remove<br><br>☐ Change |
|  |  |  | ☐ Add<br><br>☐ Remove<br><br>☐ Change |

2024 MAR 18 PM 8: 25
SECRETARY OF STATE
TALLAHASSEE. FL

8

**D.  If amending any other information, enter change(s) here:**  *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**E.  Effective date, if other than the date of filing:** _____ **(optional)**
(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
Note:  If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the
document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of: (b)  The 90th day after the
record is filed.

Dated  MARCH 12                            ,   2024

_____, _____

_____
Signature of a member or authorized representative of a member

YEDIDIAH BUCHWALD
_____
Typed or printed name of signee

9

# 2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L19000058810

**Entity Name:** HOTEL BELLEZA MIAMI LLC

**FILED**
**Jan 30, 2025**
**Secretary of State**
**6633209394CC**

**Current Principal  Place of Business:**

2115 WASHINGTON AVENUE
MIAMI BEACH,  FL  33139

**Current Mailing Address:**

1500 E HILLSBORO BLVD
SUITE #108
DEERFIELD BEACH,  FL  33441

**FEI Number:** 84-1977377                                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

TONY DI PIAZZA
1500 E HILLSBORO BLVD
SUITE 108
DEERFIELD BEACH, FL  33441  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                          Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGR | | Title | MGR |
| Name | TONY DI PIAZZA | | Name | FRANK DI PIAZZA |
| Address | 1500 E HILLSBORO BLVD SUITE 108 | | Address | 1500 E HILLSBORO BLVD SUITE 108 |
| City-State-Zip: | DEERFIELD BEACH  FL  33441 | | City-State-Zip: | DEERFIELD BEACH  FL  33441 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TONY DI-PIAZZA                                    MBR                                    01/30/2025

Electronic Signature of Signing Authorized Person(s) Detail                                          Date

3/28/25, 1:35 PM    Case 1:25-cv-21589-KMM    Document 1-1    Entered on FLSD Docket 04/07/2025    Page 12 of 16
Detail by Entity Name

DIVISION OF CORPORATIONS



# Detail by Entity Name

Florida Limited Liability Company

2115 WASHINGTON AVENUE MB LLC

## Filing Information

| | |
|---|---|
| **Document Number** | L13000074634 |
| **FEI/EIN Number** | 46-2833591 |
| **Date Filed** | 05/22/2013 |
| **Effective Date** | 05/22/2013 |
| **State** | FL |
| **Status** | ACTIVE |

## Principal Address

2115 WASHINGTON AVENUE
MIAMI BEACH, FL 33139

## Mailing Address

18 COLTS RUN
C/O MARTIN SAFCHIK
MARLBORO, NJ 07746

## Registered Agent Name & Address

SAFCHIK, MARTIN
2115 Washington Avenue
Miami Beach, FL 33139

Address Changed: 01/08/2015

## Authorized Person(s) Detail

**Name & Address**

Title MGRM

BUCHWALD, YEDIDIAH
70 VAN VALKENBURGH AVENUE
BERGENFIELD, NJ 07621

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2022 | 01/30/2022 |
| 2023 | 03/16/2023 |
| 2024 | 02/14/2024 |

**11**

## Document Images

| Date -- Document | |
|---|---|
| 02/14/2024 -- ANNUAL REPORT | View image in PDF format |
| 03/16/2023 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2022 -- ANNUAL REPORT | View image in PDF format |
| 01/20/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/12/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/08/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/14/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/09/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/08/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2014 -- ANNUAL REPORT | View image in PDF format |
| 05/22/2013 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

# Electronic Articles of Organization For
# Florida Limited Liability Company

L13000074634
FILED 8:00 AM
May 22, 2013
Sec. Of State
dbruce

## Article I

The name of the Limited Liability Company is:

2115 WASHINGTON AVENUE MB LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

2115 WASHINGTON AVENUE
MIAMI BEACH, FL.  33139

The mailing address of the Limited Liability Company is:

18 COLTS RUN
C/O MARTIN SAFCHIK
MARLBORO, NJ.  07746

## Article III

The purpose for which this Limited Liability Company is organized is:

RENTALS

## Article IV

The name and Florida street address of the registered agent is:

MARTIN  SAFCHIK
6661 SHERBROOK DRIVE
BOYNTON BEACH, FL.  33437

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   MARTIN SAFCHIK

## Article V

The name and address of managing members/managers are:

L13000074634
FILED 8:00 AM
May 22, 2013
Sec. Of State
dbruce

Title:  MGRM
YEDIDIAH  BUCHWALD
70 VAN VALKENBURGH AVENUE
BERGENFIELD, NJ.   07621

## Article VI

The effective date for this Limited Liability Company shall be:

05/22/2013

Signature of member or an authorized representative of a member

Electronic Signature: YEDIDIAH BUCHWALD

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

14

# 2024 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000074634

**Entity Name:** 2115 WASHINGTON AVENUE MB LLC

**FILED**
**Feb 14, 2024**
**Secretary of State**
**9577403743CC**

**Current Principal  Place of Business:**

2115 WASHINGTON AVENUE
MIAMI BEACH,  FL  33139

**Current Mailing Address:**

18 COLTS RUN
C/O MARTIN SAFCHIK
MARLBORO,  NJ  07746

**FEI Number:** 46-2833591                                             **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

SAFCHIK, MARTIN
2115 WASHINGTON AVENUE
MIAMI BEACH, FL  33139  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                                Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | BUCHWALD, YEDIDIAH |
| Address | 70 VAN VALKENBURGH AVENUE |
| City-State-Zip: | BERGENFIELD  NJ  07621 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: YEDIDIAH BUCHWALD                                   MEMBER                              02/14/2024

Electronic Signature of Signing Authorized Person(s) Detail                                                                Date